# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Criminal Case No. 10-mj-00145-DLW

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MARK L. HALPER

    Defendant.

---

## ORDER

---

The Court, having reviewed the Government's Motion to Set and Accept Collateral Forfeiture as to Count I, and being advised of the parties' plea agreement, here sets Collateral Forfeiture as to Count I in the amount of $500.00. Count II of the Information will be dismissed on or after October 5, 2011, if no further violations of law have occurred.

**IT IS HEREBY ORDERED** that the Motion is **GRANTED**.

DATED this 19th day of October, 2010.

    BY THE COURT:

    _____
    DAVID L. WEST
    UNITED STATES MAGISTRATE JUDGE
    DISTRICT OF COLORADO

cc:    Dondi Osborne, AUSA
        Stephen Wells / Attorney for Defendant