**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Magistrate Judge David L. West**

**Criminal No.  10-PO-00145-DLW**

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**vs.**

**1. MARK S. HALPER,**

**Defendant.**

## MINUTE ORDER RESCHEDULING HEARING

**ORDER ENTERED BY MAGISTRATE JUDGE DAVID L. WEST**

The Magistrate Judge is rescheduling the hearings previously scheduled for October 4, 2011 due to the fact that a U. S. District Court Judge from Denver has scheduled a jury trial in Durango for the week of October 3rd, therefore:

**IT IS HEREBY ORDERED** the payment review date previously scheduled for **October 4, 2011 at 10:00 a.m. is VACATED and RESCHEDULED for September 29, 2011 at 9:00 a.m.**

**DATED: August 3, 2011**

                **BY THE COURT:**

                **s/David L. West**
                **United States Magistrate Judge**